IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLER STANDRIDGE**                                                                                  **PLAINTIFF**
**ADC #553489**

v.                                           No. 4:24-cv-00334-LPR-BBM

**PIERCE, Warden,**
**Cummins Unit, ADC,** *et al.*                                                                **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition (PRD) from United States Magistrate Judge Benecia B. Moore (Doc. 10). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects.[1]

Accordingly, Plaintiff may proceed with his individual capacity claims against Defendants Warden Pierce, Captain Wade, Major Jimmy Coleman, the Doe classification officer, Doe CO 1, and Doe CO in 14BKs. Plaintiff's official capacity claims are DISMISSED without prejudice for failure to state a claim. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 6th day of November 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court's agreement with the PRD is for screening purposes only. A strong motion to dismiss might result in a different 12(b)(6) decision with respect to some of the remaining claims.