IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TYLER STANDRIDGE**  **PLAINTIFF**
**ADC #553489**

v.  No. 4:24-cv-00334-LPR-BBM

**PIERCE, Warden,**
**Cummins Unit,** *et al.*  **DEFENDANTS**

## ORDER

On April 17, 2024, Plaintiff Tyler Standridge, an inmate at the Delta Regional Unit of the Arkansas Division of Correction, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] Beginning on November 25, 2024, multiple file-marked copies of documents sent to Mr. Standridge were returned to the Court as undeliverable.[2] On December 2, 2024, the Court entered an Order reminding Plaintiff of his duty to maintain a valid mailing address with the Court and directing him to file a notice of his current mailing address within thirty (30) days.[3] The Court warned Plaintiff that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[4]

Plaintiff has not complied with, or otherwise responded to, the December 2, 2024 Order, and the time for doing so has expired. Accordingly, Plaintiff's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] *See, e.g.*, Docs. 15, 17, 19, & 24.

[3] Order (Doc. 16). The Order was entered by United States Magistrate Judge Benecia B. Moore.

[4] *Id.*

IT IS SO ORDERED this 15th day of January 2025.

                                                      _____
                                                     LEE P. RUDOFSKY
                                                     UNITED STATES DISTRICT JUDGE